UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: James P. Burkman,   )   Chapter 13
                           )
        Debtor(s)          )
                           )   Bky. No. 18-16660- REF

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Stephen M. Otto, Esquire of Law Office of Stephen M. Otto, LLC applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on 10/4/2018.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16).

    _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of total compensation of $3,000.00 for providing the following services: Initial meeting and assessment; preparation of petition, schedules and plan; attend Meeting of Creditors; all appropriate and necessary communications with Debtor, Trustee and other parties, work to address Motion to Dismiss issues.

6. Applicant requests reimbursement of expenses in the amount of $0 for the following expenses: N/A. (The filing fee of $310 was incurred upon filing of the case, all of which was paid by Debtor prior to filing.)

7. The debtor paid Applicant $ -0- prior to the filing of the petition leaving a balance due of $3,000.00. (Debtor also paid $310 prior to filing, all of which was paid to the Clerk for the filing fee.)

8. A copy of the Applicant's Disclosure of Compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $3,000.00 in compensation and of reimbursement of actual necessary expenses in the amount of $310, $310 of which has been paid leaving an unpaid balance of -0-.

DATE: February 25, 2019

                Respectfully submitted,
                LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
       Stephen M. Otto, Esq.
       833 N. Park Road Ste 102
       Wyomissing, PA 19610
       484-220-0481
       PA. I.D. No. 82463
       steve@sottolaw.com