**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION**

| | |
|---|---|
| IN RE:  JAMES P. BURKMAN,<br>Debtor. | CHAPTER 13<br>BANKRUPTCY NO. 18-16660-REF |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION FOR COMPENSATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on February 25, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Motion, objections were due to be filed and served no later than March 19, 2019.

It is hereby respectfully requested that the attached Order be entered by the Court.

DATE: March 22, 2019

                Respectfully submitted,
                LAW OFFICE OF STEPHEN M. OTTO, LLC

                By:    /s/Stephen M. Otto
                      Stephen M. Otto, Esq.
                      833 N. Park Road Ste 102
                      Wyomissing, PA 19610
                      484-220-0481
                      PA. I.D. No. 82463
                      steve@sottolaw.com