UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: James P. Burkman, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Bky. No. 18-16660- REF |

**ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is hereby GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $1,700.00, $ -0- of which has already been paid, leaving an unpaid balance of $1,700.00; and expenses in the amount of $310, $310 of which has been paid leaving an unpaid balance of -0-, for the time period of 6/22/2018 through 2/25/2019 are APPROVED.

BY THE COURT:

**Date: March 25, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE