United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James P. Burkman  
    Debtor

Case No. 18-16660-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: SaraR   Page 1 of 1   Date Rcvd: Mar 25, 2019  
    Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.  
db      +James P. Burkman,    3414 Laurel Street,    Laureldale, PA 19605-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:

    KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates. bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT WATERMAN RRamos-Cardona@fredreiglech13.com  
    SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
    STEPHEN MCCOY OTTO    on behalf of Debtor James P. Burkman steve@sottolaw.com, info@sottolaw.com, no_reply@ecf.inforuptcy.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

     TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: James P. Burkman, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Bky. No. 18-16660- REF |

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is hereby GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $1,700.00, $ -0- of which has already been paid, leaving an unpaid balance of $1,700.00; and expenses in the amount of $310, $310 of which has been paid leaving an unpaid balance of -0-, for the time period of 6/22/2018 through 2/25/2019 are APPROVED.

**Date: March 25, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE